UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
DEON ERNEST LAWRENCE,

                Plaintiff,                9:05-CV-0653
                                                      (FJS)(DRH)

    v.

NEW YORK STATE TROOPER KEALY; NEW YORK STATE
TROOPER HOUGHMASTER; NEW YORK STATE POLICE
DEPARTMENT; STATE OF NEW YORK,

                Defendants.

APPEARANCES:

DEON ERNEST LAWRENCE
Plaintiff, *pro se*
05-B-1123
Gowanda Correctional Facility
P.O. Box 311
Gowanda, New York 14070-0311

DAVID R. HOMER, MAGISTRATE JUDGE

## ORDER

The Clerk has sent to the court a civil rights Complaint, together with an Application to Proceed in Forma Pauperis, filed by Deon Ernest Lawrence. Plaintiff is currently incarcerated at Gowanda Correctional Facility.

In his pro se Complaint, Plaintiff states that he was assaulted by Defendants Kealy and Houghmaster on or about May 23, 2003, outside of the Watertown Town Courthouse in Watertown, New York. Dkt. No. 1 at 4. Plaintiff claims that the assault was unprovoked and that he suffered serious injuries in the attack. Id. at 4-5. For a complete statement of Plaintiff's claims, reference is made to the Complaint.

As to Plaintiff's Application to Proceed in Forma Pauperis, after reviewing the file, the Court finds that plaintiff may properly proceed with this matter in forma pauperis.

WHEREFORE, it is hereby

ORDERED, that Plaintiff's Application to Proceed In Forma Pauperis is granted.[1] The Clerk shall issue summonses and forward them, along with copies of the Complaint, to the United States Marshal for service upon the Defendants. The Clerk shall forward a copy of the summons and Complaint to the Office of the New York State Attorney General, together with a copy of this Order, and it is further

ORDERED, that the Clerk provide the Superintendent of the facility, designated by Plaintiff as his current location, with a copy of Plaintiff's Inmate Authorization Form, and notify the official that this action has been filed and that Plaintiff is required to pay the entire statutory filing fee of $250.00 pursuant to 28 U.S.C. § 1915, and it is further

ORDERED, that the Clerk provide a copy of Plaintiff's Inmate Authorization Form to the Financial Deputy of the Clerk's Office, and it is further

ORDERED, that a response to the Complaint be filed by the Defendants or their counsel as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants, and it is further

ORDERED, that all pleadings, motions and other documents relating to this action be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. **Any paper sent by a party to the Court or the Clerk must be accompanied by a certificate showing that a true and correct copy of same was mailed to all**

---

[1] Plaintiff should note that although his Application to Proceed in Forma Pauperis has been granted, Plaintiff will still be required to pay fees that he may incur in this action, including copying and/or witness fees.

2

**opposing parties or their counsel.  Any document received by the Clerk or the Court which does not include a proper certificate of service will be returned, without processing.**  Plaintiff must comply with any requests by the Clerk's Office for any documents that are necessary to maintain this action.  All parties must comply with Local Rule 7.1 of the Northern District of New York in filing motions, which must be returnable before the assigned Magistrate Judge with proper allowance for notice as required by the Rules.  **Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel of any change in Plaintiff's address; his failure to do so will result in the dismissal of this action.**  All motions will be decided on submitted papers without oral argument unless otherwise ordered by the Court, and it is further

ORDERED, that the Clerk serve a copy of this Order on Plaintiff by regular mail.

IT IS SO ORDERED.

Dated: June 13, 2005
       Albany, New York

_David R. Homer_
United States Magistrate Judge