```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DEON ERNEST LAWRENCE,

                      Plaintiff,
                                              No. 9:05-CV-653
          v.                                  (FJS/DRH)

KEALY, New York State Trooper;
HOUGHMASTER, New York State
Trooper; NEW YORK STATE POLICE
DEPARTMENT; and STATE OF NEW
YORK,

                      Defendants.
_____
```

**APPEARANCES:**                              **OF COUNSEL:**

DEON ERNEST LAWRENCE
05-B-1123
Plaintiff, Pro Se
Gowanda Correctional Facility
Post Office Box 311
Gowanda, New York  14070

HON. ELIOT SPITZER                            STEPHEN M. KERWIN, ESQ.
Attorney General for the                      Assistant Attorney General
  State of New York
Attorney for Defendants
The Capitol
Albany, New York  12224-0341

**FREDERICK J. SCULLIN, JR., C.D.J.:**

**DECISION AND ORDER**

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David R. Homer filed January 31, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge David R. Homer filed January 31, 2005 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that defendants' motion to dismiss is **GRANTED**, and it is further

**ORDERED**, that all claims are **DISMISSED** against the New York State Police Department and the State of New York, and it is further

**ORDERED**, that all claims are **DISMISSED** against Kealy and Houghmaster in their official capacities and that the case proceed against these two defendants solely in their individual capacities.

**IT IS SO ORDERED.**

DATED: February 21, 2006
       Syracuse, New York

Frederick J. Scullin, Jr.
Chief United States District Court Judge