```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DEON ERNEST LAWRENCE,

                          Plaintiff,
                                                    No.05-CV-653
           vs.                                       (FJS/DRH)

HOUGHMASTER, New York State Trooper;
and JOSEPH SIMPSON,

                          Defendants.
_____

APPEARANCES:                          OF COUNSEL:

DEON ERNEST LAWRENCE
Plaintiff, pro se
927 State Street
Schenectady, New York   12307


HON. ANDREW M. CUOMO                  STEPHEN M. KERWIN, ESQ.
Attorney General of the               Asst. Attorney General
 State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York   12224
```

**FREDERICK J. SCULLIN, JR., S.J.**

### DECISION & ORDER

Presently before the Court is Magistrate Judge David R. Homer's July 30, 2008 Report-Recommendation in which he recommends that plaintiff's amended complaint be dismissed. Magistrate Judge Homer's Report-Recommendation was mailed to plaintiff's last known address, but was returned to the Clerk's Office marked, "Return to sender, attempted - not known - unable

to forward." Under Local Rule 41.2(b), failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of the action. Therefore, in light of Plaintiff's failure to notify the Court of his change of address, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge David R. Homer on July 30, 2008 is **ACCEPTED** in its entirety for the reasons stated therein, and the Court further

**ORDERS** that plaintiff's amended complaint is **DISMISSED**, and the Court further

**ORDERS** that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

Dated: August 21, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge